United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40120
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SANDRA LUZ CASTRO,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:03-CR-579-ALL
---------------------

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Sandra Luz Castro appeals from her conviction for 15 counts
of aiding and assisting in the preparation of false and
fraudulent income tax returns.  For the first time on appeal,
Castro argues that her sentence should be vacated and the case
remanded for resentencing in light of United States v. Booker,
125 S. Ct. 738 (2005), because the facts underlying her
sentencing adjustments were not proved to the jury beyond a
reasonable doubt or admitted by her and because the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court utilized a mandatory sentencing scheme rather than an advisory one. Both of her challenges fail to meet the plain-error standard because she has not shown that the error affected her substantial rights. See <u>United States v. Valenzuela-Quevedo</u>, 407 F.3d 728, 733-34 (5th Cir. 2005), <u>petition for cert. filed</u> (July 25, 2005) (No. 05-5556); <u>United States v. Mares</u>, 402 F.3d 511, 521 (5th Cir. 2005), <u>petition for cert. filed</u> (Mar. 31, 2005) (No. 04-9517).

AFFIRMED.